IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CV-00245-FL

JOHN HOOD, Executor of the Estate of )
Gloria A. Hood, )
    Plaintiff, )
)
) ORDER
v. )
)
)
KINDRED NURSING CENTERS EAST, LLC )
d/a/b KINDRED TRANSITIONAL CARE & )
REHABILITATION – RALEIGH, )
    Defendant. )

Upon motion of the Defendant and Plaintiff's stipulation to compel arbitration and dismiss this case with prejudice, this Court hereby ORDERS that Defendant's motion be GRANTED and the above captioned case be dismissed with prejudice.

This the __4th__ day of August, 2017.

_____
The Honorable Judge Louis Wood Flanagan
Federal District Court Judge Presiding